UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Wayne Carlson,

        Plaintiff,

v.                                                            Civil No. 12-1367 (JNE/JJK)
                                                            ORDER

Internal Revenue Service, Minnesota
Department of Revenue, G2 Secure Staff, and
United States,

        Defendants.

In a Report and Recommendation dated December 4, 2012, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that several motions to dismiss be granted and that this case be dismissed. No objections to the Report and Recommendation were filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant Internal Revenue Service's motion to dismiss [Docket No. 19] is GRANTED.

2. Defendant Minnesota Department of Revenue's motion to dismiss [Docket No. 22] is GRANTED.

3. Defendant G2 Secure Staff's motion to dismiss [Docket No. 27] is GRANTED.

4. This case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 15, 2013

                                                                                     s/Joan N. Ericksen
                                                                                     JOAN N. ERICKSEN
                                                                                     United States District Judge